```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICHARD RALPH MARTINEZ,

                 Plaintiff,       09 Civ. 9494 (DAB)(AJP)
                                          ADOPTION OF REPORT
       -against-                AND RECOMMENDATION

SOCIAL SECURITY ADMINISTRATION (SSA),
FIELD OFFICE MANAGER I & FILED OFFICE
MANAGER II, individually and in their
official capacities,

                 Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge Andrew J. Peck, which was filed June 30, 2010. The Report recommends that Plaintiff's Complaint be dismissed for failure to prosecute and failure to comply with Court Orders.

    According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised accordingly in Judge Peck's Report and Recommendation, to date, no objections to the Report have been filed.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 13, of United States Magistrate Judge Andrew J. Peck, dated June 30, 2010, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Plaintiff's Complaint is dismissed for failure to prosecute and to comply with Court Orders.

3. The Clerk of Court is directed to CLOSE the Docket in this case.

SO ORDERED.

DATED:   New York, New York

    July 28, 2010

Deborah A. Batts
United States District